| | |
|---|---|
| **From:** | kcraig |
| **To:** | Mary Petras |
| **Cc:** | Julie Graves; |
| **Subject:** | Nathalie Rose Jones |
| **Date:** | Saturday, August 23, 2025 9:08:49 PM |

You don't often get email from kcraig@icloudmailusa.com. Learn why this is important

This is a letter in support of the character and life of Nathalie Rose Jones.

I have known Nath since she was a preschooler in Rensselaer, Indiana. She and my daughter were playmates and I watched Nath while her mother, Dorothy Jones gave piano lessons to the town's children. She was creative, intelligent and caring even as a small child, as I believe her to be currently. As she grew, her extreme intelligence was encouraged as she attended a high school for gifted children, pharmacy school and enrolled in the armed services. My daughter and I attended her wedding in Chattanooga several years ago, and her mother's memorial service more recently.

Nath and I have kept in touch over the last several years through card and phone calls occasionally. She kindly called me a couple of times after my husband's death two years ago.

This is all to emphasize that, in my opinion, Nathalie Jones is not the kind of person who would be likely to physically harm anyone. Certainly, she should never be expected to carry out an angry threat against anyone.     While she has had mental health issues throughout her life, they have never, to my knowledge, resulted in violent physical action.

I would urge those in the position to determine her future to be compassionate and kind and knowledgeable about her illness and her situation, to release her from incarceration immediately, and to help set up a reasonable positive plan for her future.

Sincerely,
Karen L. Craig

Rensselaer, Indiana 47978

| | |
|---|---|
| From: | Lisa Fenner |
| To: | Mary Petras; Julie Graves |
| Subject: | Nath Jones/ Letter of Support |
| Date: | Friday, August 22, 2025 3:57:33 PM |

**EXTERNAL SENDER**

To Whom It May Concern,

I'm writing this letter in support of Nath Jones. I met Nath 40 years ago. My family moved from rural Iowa to rural Indiana the summer before I started fourth grade. In the moving van on the way to our new home, we passed a church with a sign advertising a vacation bible school beginning the next day, that is where I met Nath. She was my first new friend in Rensselaer. We were quick friends and lived a short bike ride from eachother. Nath has been nothing but a good friend to me even though we haven't seen eachother in several years.

I don't believe Nath could ever be violent toward any person or animal. When we were 10 she recruited me into the philanthropic organization known then as Hiefer Project International, we would visit the farm and care for the livestock that was being raised to go to those who needed breeding animals as a source of nutrition. She cares, possibly too much sometimes.

Over the years Nath has been open about her schitzophrenia, and advocated for the acceptance of those with the illness. In the past it seemed she had it under control with medication. I did notice that her social media posts were becoming more aggressive than usual with the new administration, but seeing as she would tag different government agencies and try to recruit them to sell solar panels with her, I didn't take them seriously, because I knew she could never really physically hurt anyone and always fought battles with words.

I don't believe keeping her in custody benefits anyone. I would be more than willing to make regular phone check-ins, I regret I haven't done it before now.

Sincerely,
Lisa Fenner
Indianapolis, IN

| | |
|---|---|
| **From:** | Rod Hughes |
| **To:** | Mary Petras; Julie Graves |
| **Subject:** | Nath Jones |
| **Date:** | Friday, August 22, 2025 4:28:11 PM |
| **Attachments:** | image.png |

Some people who received this message don't often get email from hughesrod@gmail.com. Learn why this is important

**EXTERNAL SENDER**

Dear Mary,

Nath Jones is a mentally ill creative writer and is not a physical threat to anyone. I knew Nath from a young age. Her parents were professors at a small college in Rensselaer, Indiana where my father worked as a Dean in the administration. It was an idyllic small town to grow up in and remains a close knit community who are very concerned for her. She was a couple of years behind me. She was a very gifted and accomplished student. I currently work as a VP of a mid-sized software company.

Creative writing has been her life long passion. She served in the Army Reserve and was a Pharmacist. She worked to support her writing career. She embraced a style of writing known as flash fiction which you can read in her book *Love & Darts: Stories (On Impulse).* In this writing style, she rapidly creates a world and tells a short story. This is also how she used social media. She'd write quick evocative blurbs to experiment with imagery.

From my memory, starting in about 2019, her family history of Schizophrenia caught up with her. Sadly this was public for all to see as she continued her rapid posting. Her posts would go through cycles of bizarre and back to normalcy, presumably as she received treatment and stuck with it and then lapsed in diligence. Writing was her outlet. She also had a video series where she would recite novels such as For Whom the Bell Tolls. https://www.youtube.com/watch?v=VwDbArmhLVw&t=74s . When her mother grew ill, Nath paused her career to care for her. This also took a toll on her.

We would correspond occasionally about family news such as when someone from our community passed away. I edited a copy of one of her books prior to her publishing it. Nothing to my knowledge of any of her fiction translated to these worlds becoming true in reality. She weaved the stories with evocative imagery and moved on to the next idea, the next story. Clearly she wanted Donald Trump removed from office. I did not notice her posts indicated in the media that caught the attention of the Secret Service but they seem to be along the same lines of her frustration with POTUS and divergent and bizarre ways of communicating this. Despite her illness, from the news reports and her posts, she picked up signs, not weapons to peaceably protest in DC.

She will comply with court orders if released. This is a shocking and embarrassing wake up call for her. She is disciplined from her time in the Army Reserve. She has the meticulousness of a Pharmacist for following rules. She has the discipline needed to write 5 books. She'll have the support of a large home town community encouraging her.

I do not live in her city but I do commit to reach out to her to check in on her periodically when she is released to verify that she is taking her medication and grounded in reality. There is a large enough community of concerned friends that would coordinate this check-in.

Here is a photo of her that her sister recently posted with Nath's mother and the Carters in May of 2017 in Plains, Georgia at their Sunday School.



Regards,

**Rod Hughes**
**Indianapolis, IN**

| | |
|---|---|
| **From:** | James Earnest |
| **To:** | Mary Petras |
| **Cc:** | Julie_Graved@fd.comorg |
| **Subject:** | Nath Jones |
| **Date:** | Friday, August 22, 2025 6:46:55 PM |

You don't often get email from jamesearnest@hotmail.com. Learn why this is important

I am writing in support of Nath Jones. I had the pleasure of knowing Nath since she was in middle school when I was teaching in the school system that she attended. She has stayed in touch with me over the years through Facebook. I knew her as well as her family. The Jones family was all incredibly brilliant. Her parents were both educators at the collegiate level, her sister, a talented musician. Nath was an amazing student and young lady. Gifted is an understatement. She has an amazing intellect. I have never known Nath to be mean, cruel, or a threat in any way. I know she has had some social-emotional struggles over the years, but has always sought help when she needed it. I am certain that she is a risk to no one.

If you have any further questions that I can answer, feel free to reach out to me.

James W. Earnest
Retired teacher/counselor
Clermont, Florida