| | |
|---|---|
| **From:** | Rose Marie Groppe |
| **To:** | Mary Petras |
| **Subject:** | Letter on behalf of Nathalie Rose Jones |
| **Date:** | Tuesday, August 26, 2025 10:21:17 AM |

You don't often get email from rosemariegroppe@gmail.com. Learn why this is important

EXTERNAL SENDER

Ms. Mary Petras,

I am writing on behalf of Nathalie Rose Jones. John, my husband, and I have known Nathalie since she was a middle school student here in Rensselaer.

To the best of our knowledge, Nathalie's mental health condition has manifested itself on occasion in aberrant behavior but never in belligerent much less violent behavior. She is more likely to be vulnerable to victimization herself than to victimize others.

Rose Marie Groppe
John D Groppe
Rensselaer, IN