# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**NATHALIE ROSE JONES,**<br><br>Defendant. | Case No. 25-MJ-148 |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss the criminal complaint against defendant Nathalie Rose Jones, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). The United States has determined that dismissal of this matter is in the interests of justice. Accordingly, the United States requests that the Court dismiss the criminal complaint against defendant Nathalie Rose Jones without prejudice.

Respectfully submitted,

JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/ Joshua Satter*
Joshua Satter
Assistant United States Attorney
NY Bar No. 5477112
601 D Street NW
Washington, D.C. 20052
202-252-7059
Josh.Satter@usdoj.gov