# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**NATHALIE ROSE JONES,**<br><br>Defendant. | Case No. 25-MJ-148 |

## ORDER

The Court **GRANTS** the Government's motion to dismiss this case without prejudice and **DISMISSES** the complaint and this action.

In light of the dismissal, the Court expressly **VACATES** any and all conditions of release imposed on Ms. Jones in these proceedings.

The Court **RESERVES RULING** on Defendant's motion to dismiss the case with prejudice and **GRANTS** the unopposed motion for extension of time (ECF No. 24) for Defendant to file a response to the Government's latest filing on that issue.

**SO ORDERED**.

_____
**MATTHEW J. SHARBAUGH**
**UNITED STATES MAGISTRATE JUDGE**